UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

METROPOLITAN LIFE INSURANCE : 
COMPANY,
 :
                        Plaintiff,         **ORDER**
 :
     - against -         08 Civ. 459 (BSJ)(FM)
 :
FRANCES ZACCARO,
 :
                      Defendant.
------------------------------------------------------------x

**FRANK MAAS**, United States Magistrate Judge.

       Pursuant to a telephone conference held earlier today, it is hereby

ORDERED that a further telephone conference shall be held on July 23, 2009, at 10 a.m.

Counsel for plaintiff should initiate the conference by calling Chambers at (212) 805-6727.

       SO ORDERED.

Dated:      New York, New York
              May 20, 2009

                                                     FRANK MAAS
                                       United States Magistrate Judge

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 5/20/09]

Copies to:

Hon. Barbara S. Jones
United States District Judge

Allan M. Marcus, Esq.
Lester, Schwab, Katz and Dwyer LLP
Fax: (212) 267-5916

Ian S. Linker
Metropolitan Life Insurance Company
Fax: (212) 251-1560

Adam M. Peska, Esq.
Reich Reich & Reich, PC
Fax: (914) 949-1604